A. W. BURRITT COMPANY, Appellant, v. PALMER-MARCY CO., INC., Respondent. — Order denying motion for new trial on ground of newly-discovered evidence affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM IPPOLITO, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

PETER ELARDO and Another, Respondents, v. NORTHWESTERN NATIONAL INSURANCE COMPANY, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs, on the authority of *Hessler* v. *North River Ins. Co.* (211 App. Div. 595), decided herewith. The following additional finding of fact is made: No. 11½. That after the expiration of the sixty days within which plaintiffs were required under the terms of the policy to file proofs of loss, the defendant, by various acts and requests, caused plaintiffs expense and caused them to perform various work and labor — all in recognition of the full validity of said policy of insurance. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

KATHRINE J. MISCHKA, Respondent, v. STOWELL SPRAGUE, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

FRANK DEVESO, Respondent, v. JOHN W. CHANDLER, Appellant. LARKIN & COMPANY, Respondent, v. JOHN W. CHANDLER, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis and Crouch, JJ.

MORRIS RUN COAL CO., INC., Respondent, v. CARTHAGE SULPHITE PULP AND PAPER COMPANY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

HENRY DEROLLER, Appellant, v. WILLIAM BOHAN, JR., and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

BARTHOLOMEW J. HOPKINS and Others, Appellants, v. HATTIE M. HAWKINS and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

WHITE, GRATWICK & MITCHELL, INC., Respondent, v. EMPIRE ENGINEERING CO., INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ALBERT S. ALLEN and Another, as Administrators, etc., Respondents, v. GENERAL ELECTRIC COMPANY and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ANNA H. KNIBBS, as Administratrix, etc., Respondent, v. TOWN OF SENECA FALLS, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MILDRED M. HORNING, Respondent, v. AMOS F. CROUNSE, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.